*10*

United States District Court
Southern District of Texas
ENTERED

JUL 17 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

JUL 16 1998

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GINA CASTAN | § | |
|     Plaintiff | § | |
| | § | |
| V.S. | § | CIVIL ACTION No. B-97-248 |
| | § | |
| FAMILY DOLLAR STORES | § | |
| OF TEXAS, INC D/B/A | § | |
| FAMILY DOLLAR STORES, INC. | § | |
|     Defendant | § | |

## ORDER

BE IT REMEMBERED that on the **16TH** day of **JULY**, 1998 came on to be considered Family Dollar Stores of Texas, Inc.'s Motion for Continuance, and the Court having read the Motion, is of the opinion that said Defendant's Motion for Continuance ~~is good and should be sustained~~ **SHOULD BE DENIED**. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Defendant's Motion for Continuance is hereby ~~granted~~ **DENIED**.

Signed this **16TH** day of **JULY**, 1998.

_____
JUDGE PRESIDING

6