

*United States District Court*
*Southern District of Texas*
**ENTERED**

AUG 0 7 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**FILED**

AUG 0 7 1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| **GINA CASTAN** | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION No. B-97-248 |
| | § | |
| **FAMILY DOLLAR STORES** | § | |
| **OF TEXAS, INC D/B/A** | § | |
| **FAMILY DOLLAR STORES, INC.** | § | |
| Defendant | § | |

## ORDER

On this day came **SHIRLEY J. GRAY**, and by motion duly filed herein requested the Court to grant her Motion to appear at the Pre-Trial Conference scheduled herein for August 7, 1998 at 10:30 a.m. on behalf of **JAIME A. DRABEK,** attorney in charge, and the Court having considered said Motion,

**IT IS ORDERED** that **SHIRLEY J. GRAY's** Motion to Appear in these proceedings is hereby **GRANTED**.

SIGNED: 7 AUG , 1998.

_____
~~HONORABLE HILDA G. TAGLE~~
~~UNITED STATES DISTRICT JUDGE~~
**JOHN WM. BLACK**
**U.S. MAGISTRATE JUDGE**