

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 27 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **GINA CASTAN** | § | |
| Plaintiff | § | |
| | § | |
| V.S. | § | CIVIL ACTION No. B-97-248 |
| | § | |
| **FAMILY DOLLAR STORES** | § | |
| **OF TEXAS, INC D/B/A** | § | |
| **FAMILY DOLLAR STORES, INC.** | § | |
| Defendant | § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on the 21st day of September, 1998, came on to be heard the above entitled and numbered cause, wherein **Gina Castan,** is Plaintiff, **Family Dollar Stores of Texas, Inc.**, is Defendant, and came all the parties in person and by and through their respective attorneys of record and announced ready for trial; and a jury fee having been paid, a jury of eight (8) persons was duly impaneled and sworn, and the jury having heard the evidence and argument of counsel, and in response to jury questions, definitions, and explanatory instructions submitted to them by the Court, did on the 21st day of September, 1998, by a verdict of 8 - 0, make findings, which findings were received by the Court and were filed and entered of record on the Minutes of such Court; whereupon the Court having heard and considered a motion for judgment and such additional considerations and findings as were authorized by law, the Court was of the opinion that Judgment should be rendered as follows. It is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff, **Gina Castan,** take nothing

1

by reason of suit against Defendant, **Family Dollar Store of Texas, Inc.**, and that said Defendant be discharged and stand fully released, discharged and acquitted.

It is further, DECREED that costs of court herein are taxed against the Plaintiff, for which execution may issue.

SIGNED this _____ day of _____, 1998.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

**DRABEK & ASSOCIATES**

By:_____
Jaime A. Drabek
USDC No. 8643
718 East Harrison
Harlingen, Texas 78550
956/428-4544
956/428-4880 (Facsimile)
ATTORNEY FOR DEFENDANT


**RUSSELL & ALEGRIA**

By:_____
Patrick Russell by perm.
USDC No. 8651
37 West Elizabeth St.
Brownsville, Texas 78520
ATTORNEY FOR PLAINTIFF

2